IN RE JERRY'S SHELL, LLC

[367 N.C. 612 (2014)]

———

IN RE JERRY'S SHELL, LLC

No. 553PA13

(Filed 19 December 2014)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 753 S.E.2d 399 (2013), reversing an order entered on 26 November 2012 by Judge Richard L. Doughton in Superior Court, Rowan County, and remanding the matter for a new hearing. Heard in the Supreme Court on 7 October 2014.

*Roy Cooper, Attorney General, by Christopher W. Brooks, Assistant Attorney General, for respondent-appellant Michael D. Robertson, Commissioner, North Carolina Division of Motor Vehicles.*

*Jessica C. Williams, PLLC, by Ralph E. Stevenson, III, for petitioner-appellee Jerry's Shell Service, LLC.*

PER CURIAM.

For the reasons stated in *In re Twin County Motorsports, Inc.,* 367 N.C. 613 766, S.E.2d 832 (2014), we reverse the decision of the Court of Appeals and remand this case to that court for consideration of petitioner's remaining assignments of error.

REVERSED AND REMANDED.